[L. A. No. 15988. In Bank.—February 26, 1937.]

JOHN M. MARBLE et al., Appellants, v. WILLIAM HAS-
BERG, Respondent.

JOHN M. MARBLE et al., Appellants, v. LOU ANGER et al.,
Respondents.

Overton, Lyman & Plumb, Irving H. Prince, Chalmers L.
McGaughey and Roscoe R. Hess for Appellants.

Loeb, Walker & Loeb, Herman F. Selvin, Guy Richards
Crump, Mark S. Feiler, Roy W. Colegate, Frank P. Doherty
and William R. Gallagher for Respondents.

THE COURT.— The questions involved in the appeal
in these consolidated cases are the same as those raised in
*Dietzel* v. *Anger*, L. A. No. 15987 (*ante*, p. 373 [65 Pac.
(2d) 803]), this day decided. The trial court in the instant
case reached the conclusion that the plaintiffs, representing
the holders of bonds of a corporation in default, had no right
to sue defendants, stockholders of the issuing corporation,
where rights of action under or because of the bonds were
vested in a trustee which had not been asked to sue. For
the reasons stated in *Dietzel* v. *Anger, supra,* the lower court's
decision was correct.

The judgment is affirmed.

Rehearing denied.